1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY BAR #5505144
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   SANDRA DIAZ
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 6:20-mj-00009-JDP

12              Plaintiff,             **MOTION TO MODIFY PROTECTIVE
                                       ORDER; ORDER**
13  vs.

14  SANDRA DIAZ,

15              Defendant.

16

17     TO:    **YOSEMITE NATIONAL PARK LEGAL OFFICER SUSAN ST. VINCENT,
              COUNSEL FOR PLAINTIFF:**
18

19      **PLEASE TAKE NOTICE** that on Jun 11, 2015, or as soon thereafter as the matter can

20  be heard in the Courtroom of the Honorable Jeremy D. Peterson, United States Magistrate Judge

21  for the Eastern District of California, defendant, Sandra Diaz, through undersigned counsel, will

22  bring on for hearing the following motion to modify the protective order currently in force

23  against Ms. Diaz to allow for non-hostile contact, however, in instances where Ms. Diaz is under

24  the influence of alcohol, no contact.

25

26

27

28

**ARGUMENT**

On June 3, Sandra Diaz appeared for arraignment before the Honorable Jeremy D. Peterson at the United States District Courthouse in Yosemite Valley, California.  As part of that proceeding the government moved the court to put in place a protective order preventing Ms. Diaz from any contact whatsoever with Sean Campbell, her longtime boyfriend.  Mr. Campbell appeared telephonically and was heard on the record opposing the stay away order.  Mr. Campbell stated that he did not fear any harm from Ms. Diaz, and that he would like the opportunity to address issues in the relationship.  The court granted the government's request with leave to revisit the issue at a future date, after ample time for the parties to reflect and de-escalate.

Recognizing the role of alcohol in the complaint filed against her, Ms. Diaz immediately began attending online Alcoholics Anonymous ("AA") meetings[1].  During these meeting she kept copious notes which are both reflective of her personal engagement and a record of the strategies conveyed during the meetings.  See Exhibit A.  By June 10, 2020, Ms. Diaz had attended eighteen AA meetings, and is still attending as of the instant filing.

Mr. Campbell, through the undersigned defense counsel, has submitted a declaration supporting the modification of the protective order. See Exhibit B.  Mr. Campbell and Ms. Diaz have been involved in a romantic relationship since at least 2018. He is deeply concerned about her wellbeing, and wishes to be able to contact her to address both issues in the relationship, and to support her as she seeks help for alcohol use.

The proposed modification to the protective order would allow non-hostile contact when Ms. Diaz is not under the influence of alcohol.  Hostile contact of any kind would be a violation of the court's order.  In addition, if Ms. Diaz is under the influence of alcohol, all contact would be prohibited.  The undersigned defense counsel has discussed this modification with the government.  The government, having spoken with Mr. Campbell, does not object.

//

//

---

[1] Due to the ongoing COVID-19 emergency, in-person Alcoholics Anonymous meetings are suspended.  However, meetings are available through various online platforms.  The undersigned defense counsel instructed Ms. Diaz to record and self report her attendance at online meetings.

Diaz – Motion to Modify Protective Order    2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,


HEATHER E. WILLIAMS
Federal Defender

Dated: June 11, 2020          */s/ Benjamin A. Gerson*
                             BENJAMIN A. GERSON
                             Assistant Federal Defender
                             Attorney for Defendant
                             Sandra Diaz

1

**O R D E R**

2          The protective order in case 6:20-MJ-0009-JDP is hereby modified with the following

3   conditions.

4   Sandra Diaz may contact Sean Campbell, however:

5          1)  Sandra Diaz is prohibited from any hostile contact with Sean Campbell, and from

6               harassing, assaulting, threatening or stalking Mr. Campbell.

7          2)  Sandra Diaz is prohibited from any and all contact with Sean Campbell while she is

8               under the influence of alcohol.

9

10  IT IS SO ORDERED.

11

12  Dated:    June 12, 2020          _____

13                                              UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28