HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SANDRA DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>Sandra Diaz,<br><br>         Defendant. | Case No.  6:20-mj-00009-JDP<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>Date:   August 10, 2020<br>Time:   10:00 a.m.<br>Judge:  Hon. Jeremy D. Peterson |
|---|---|

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Diaz, hereby stipulate and jointly move this Court to continue Ms. Diaz's status conference from August 11, 2020 until October 7, 2020.

Defense investigation is ongoing.  Unfortunately ongoing COVID-19 closures have caused significant delays.  The undersigned defense counsel requests that Ms. Diaz's status conference be continued until October 7, 2020 in order to undertake necessary investigation.  The Government does not object.

//

//

//

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | McGREGOR SCOTT<br>United States Attorney |
| Dated:  August 10, 2020 | */s/ Sean Anderson*<br>Sean Anderson<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| Dated:  August 10, 2020 | HEATHER E. WILLIAMS<br>Federal Defender |
|  | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>Sandra Diaz |

# **O R D E R**

The above stipulation to continue case 6:20-mj-00009 JDP until October 7, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated:   August 11, 2020

UNITED STATES MAGISTRATE JUDGE