| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | BENJAMIN A. GERSON, NY Bar # 5505144 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | SANDRA DIAZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:20-mj-00009-JDP |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:   December 1, 2020 |
| Sandra Diaz, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Jeremy D. Peterson |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Diaz, hereby stipulate and jointly move this Court to continue Ms. Diaz's status conference from October 7, 2020 until December 1, 2020.

Defense investigation is ongoing.  Unfortunately ongoing COVID-19 closures have caused significant delays.  The undersigned defense counsel requests that Ms. Diaz's status conference be continued until December 1, 2020 in order to undertake necessary investigation and discuss a possible settlement.  The Government does not object.

//

//

//

1                                        Respectfully submitted,

2                                        McGREGOR SCOTT
United States Attorney

4 Dated:  October 5, 2020          */s/ Sean Anderson*
Sean Anderson
Acting Legal Officer
National Park Service
Yosemite National Park

8 Dated:  October 5, 2020          HEATHER E. WILLIAMS
Federal Defender

10                                       */s/  Benjamin A. Gerson*
BENJAMIN A. GERSON
Assistant Federal Defender
Attorney for Defendant
Sandra Diaz

Diaz - Stipulation to Continue          -2-

**ORDER**

Good cause appearing, the above stipulation to continue case 6:20-mj-00009 JDP until December 1, 2020 is hereby accepted and adopted as the order of this court.

IT IS SO ORDERED.

Dated: __October 5, 2020__  

UNITED STATES MAGISTRATE JUDGE