1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN A. GERSON, NY Bar # 5505144
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   SANDRA DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  6:20-mj-00009-JDP |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| vs. | Date:   February 23, 2021 |
| Sandra Diaz, | Time:   10:00 a.m. |
| Defendant. | Judge:  Hon. Helena Barch-Kuchta |

The parties, through their respective counsel, Sean Anderson, Acting Legal Officer, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Sandra Diaz, hereby stipulate and jointly move this Court to continue Ms. Diaz's status conference from January 12, 20201 until February 23, 2021.

The parties are in continuing discussions as to a possible settlement agreement in this case. The parties request this continuance to finalize a settlement agreement, to ascertain the need for Ms. Diaz to participate in treatment, and to conserve judicial resources.

//

//

//

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | McGREGOR SCOTT<br>United States Attorney |
| 4 | Dated:  January 8, 2021 | */s/ Sean Anderson*<br>Sean Anderson<br>Acting Legal Officer<br>National Park Service<br>Yosemite National Park |
| 8 | Dated:  January 8, 2021 | HEATHER E. WILLIAMS<br>Federal Defender |
| 10 |  | */s/  Benjamin A. Gerson*<br>BENJAMIN A. GERSON<br>Assistant Federal Defender<br>Attorney for Defendant<br>Sandra Diaz |

## **O R D E R**

For good cause shown, the court approves the stipulation [12] and the status conference is continued to **February 23, 2021 at 10:00 A.M**. in case 6:20-mj-00009 JDP.

IT IS SO ORDERED.

Dated:   January 9, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE